UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AARON DAVID FRISHBERG, *et al.*, | § § § | |
| Plaintiffs, | § | |
| VS. | § | CIVIL ACTION NO. 4:15-CV-480 |
| | § | |
| THE WESTBURY PLACE, | § § | |
| Defendant. | § § § | |

# FINAL JUDGMENT

Plaintiffs brought this suit against Defendant The Westbury Place for negligence. (Doc. No. 32.) Defendant filed a Motion to Dismiss. (Doc. No. 35.) The Court granted this Motion at a hearing on August 20, 2015.

Pursuant to Federal Rule of Civil Procedure 58(a), and for the reasons set forth at the hearing, final judgment is hereby **ENTERED** for Defendant The Westbury Place.

**IT IS SO ORDERED.**

**SIGNED** at Houston, Texas on this the 20th day of August, 2015.

KEITH P. ELLISON
UNITED STATES DISTRICT JUDGE