UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| AARON DAVID FRISHBERG, *et al.* | § 4:15 CV 480 |
| Plaintiffs | § |
| vs. | § NOTICE |
| THE WESTBURY PLACE, | § OF APPEAL |
| Defendant | § |

SIRS/MADAMS:

PLEASE TAKE NOTICE THAT PLAINTIFFS HEREBY APPEAL FROM THE FINAL JUDGMENT SIGNED BY HON. KEITH P. ELLISON, USDJ, DISMISSING THE SUIT, ENTERED ON AUGUST 20, 2015, AND APPEALS FROM EACH AND EVERY PART THEREOF.

RESPECTFULLY SUBMITTED,

/S/

AARON DAVID FRISHBERG
ATTORNEY FOR PLAINTIFFS
20 EAST FIRST STREET
MT. VERNON, NY 10550
212 740 4544