IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

4:15CV480

No. 15-20493

United States District Court
Southern District of Texas
FILED

NOV -9 2015

David J. Bradley, Clerk of Court

AARON DAVID FRISHBERG, individually and in their capacity as co-administrators of the estate of Mildred Frishberg; DANIEL SHOLOM FRISHBERG, individually and in their official capacity as co-administrators of the estate of Mildred Frishberg; EMANUEL JACOB FRISHBERG, individually and in their capacity as co-administrators of the estate of Mildred Frishberg,

      Plaintiffs - Appellants

v.

THE WESTBURY PLACE,

      Defendant - Appellee

A True Copy
Certified order issued Nov 09, 2015

Lyle W. Cayce
Clerk, U.S. Court of Appeals, Fifth Circuit

Appeal from the United States District Court for the
Southern District of Texas, Houston

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of November 09, 2015, for want of prosecution. The appellant failed to timely file brief and record excerpts.

                                      LYLE W. CAYCE
                                      Clerk of the United States Court
                                      of Appeals for the Fifth Circuit

                                      By: _____
                                      Angelique D. Batiste, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

November 09, 2015

Mr. David J. Bradley  
Southern District of Texas, Houston  
United States District Court  
515 Rusk Street  
Room 5300  
Houston, TX 77002

    No. 15-20493    Aaron Frishberg, et al v. Westbury Place  
                          USDC No. 4:15-CV-480

Dear Mr. Bradley,

Enclosed is a copy of the judgment issued as the mandate.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Angelique D. Batiste, Deputy Clerk  
                              504-310-7715

cc w/encl:  
    Mr. Josh K. Davis  
    Mr. Aaron David Frishberg